UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>  Plaintiff,<br><br> v.<br><br>GRAND PACIFIC RESORTS, INC., et al.,<br><br>  Defendants. | Case No. 21-cv-06029-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 11 |

Plaintiff has filed a notice of settlement.  ECF No. 11.  Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: November 2, 2021



JON S. TIGAR
United States District Judge